(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

William T. Davis
Mr. pro-sect-atterny

_____
(Name of Plaintiff or Plaintiffs)

v.

Metle Wood
Main Kitchen
_____
(Name of Defendant or Defendants)

CIVIL ACTION NO. 06 - 277

**FILED**
APR 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned IFP

## COMPLAINT

1. This action is brought pursuant to **Federal Jurisdiction**
   (Federal statute on which action is based)
   for discrimination related to **Janie E Mitchell Building**
   (In what area did discrimination occur? e.g. race, sex, religion)
   jurisdiction exists by virtue of
   **Federal Jurisdiction**
   (Federal statute on which jurisdiction is based)

2. ~~Plaintiff~~ Defendant resides at **Metlewood 1902 N. Dupont Highway**
   (Street Address)
   **Wilm   Newcastle   Dela   19703**
   (City) (County) (State) (Zip Code)
   **(302) - N/A**
   (Area Code) (Phone Number)

   Plaintiff

3. ~~Defendant~~ resides at, or its business is located at **1901 N. Dupont Highway**
   William T. Davis
   Pro-sect-atterny
   (Street Address)
   **Wilm   Newcastle   Del   19702**
   (City) (County) (State) (Zip Code)

4. The alleged discriminatory acts occurred on **2**, **23**, **2006**
   (Day) (Month) (Year)

5. The alleged discriminatory practice  ✓ is   ☐ is not  continuing.

6. Plaintiff(s) filed charges with the __Court OF CLERK INTAKE·LOCKBOX·18__
   (Agency)
   __818 King Wilm City Del 19801__
   (Street Address) (City) (County) (State) (Zip)
   regarding defendant(s) alleged discriminatory conduct on: __2/23/2006__
   (Date)

7. Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8. Was an appeal taken from the agency's decision?   Yes ☐   No ☑
   If yes, to whom was the appeal taken? __N/A__

9. The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary)
   __have FINANCAL problem But won't admitte it it's THE Food peracing program.__

10. Defendant's conduct is discriminatory with respect to the following:
    A. ☑ Plaintiff's race
    B. ☑ Plaintiff's color
    C. ☑ Plaintiff's sex
    D. ☑ Plaintiff's religion
    E. ☑ Plaintiff's national origin

11. Plaintiff prays for the following relief: (Indicate the exact relief requested)

when will tHE main KitCHEN LEARN that it don't need metlewood on Forion Horast grounds. it's THE Food perasacing program.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/27/2006

williAm T. DAVis
pro·pSEcT·ATTorNy
(Signature of Plaintiff)



William. Davis
mitchell Building
1901 North Dupont Highway
Newcastle, Del. 19720

To Court of Clerkoffice
844 N. King Street
LockBox-18
Wilmington, Dela. 19801