Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

FILED
MAY 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SCANNED

WILMINGTON DE 197
03 MAY 2006 PM 3 T

NIXIE          3036 1       0% 05/03/06

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER

William T. Davis
1902 N Dupont Highway
Wilmington, DE 19803

..................................................................................................................................................................................................................

..................................................................................................................................................................................................................

## Utility Events
1:06-cv-00277-UNA Davis v. Metlewood Main Kitchen

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rjb, entered on 5/3/2006 at 2:40 PM EDT and filed on 5/3/2006
**Case Name:** Davis v. Metlewood Main Kitchen
**Case Number:** 1:06-cv-277
**Filer:**
**Document Number:**

**Docket Text:**
Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb, )

The following document(s) are associated with this transaction:

**1:06-cv-277 Notice will be electronically mailed to:**

**1:06-cv-277 Notice will be delivered by other means to:**

William T. Davis
1902 N Dupont Highway
Wilmington, DE 19803