IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM T. DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-277-SLR |
| | ) |
| METLE WOOD MAIN KITCHEN, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this **6th** day of June, 2006.

The complaint in the above-captioned case was filed without payment of filing fee, and with an incomplete motion for leave to proceed in forma pauperis. (D.I. 1) On May 4, 2005, the court ordered plaintiff to submit a completed in forma pauperis application form within twenty-one days from the date of the order. The order was initially mailed to an incorrect address but on May 17, 2006, it was mailed a second time to a correct address. Twenty-one days have passed since the date of the second mailing, and plaintiff has failed to provide the court with the requested in forma pauperis application form.

THEREFORE, IT IS ORDERED that this case is DISMISSED WITHOUT PREJUDICE for failure to comply with the court's May 4, 2006, order and for failure to provide a completed in forma pauperis application form.

_____
UNITED STATES DISTRICT JUDGE